

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

March 27, 1948

FAGAN DICKSON
FIRST ASSISTANT

Hon. L. A. Woods
State Superintendent
Public Instruction
Department of Education
Austin, Texas

Attention: Hon. H.A. Glass

Opinion No. V-528

Re: Authority of Board of
Education to accept
publisher's gift of
copies of a fictional
work on the early his-
tory of a religious
sect for distribution
to the public schools.

Dear Sir:

    We refer to your letter of recent date which
reads as follows:

        "At the January meeting of the State
    Board of Education the Board was offered
    as a gift by a publisher for distribution
    to the public schools of the State 10,000
    copies of a book entitled FRIENDLY PERSUA-
    SION. The offer was made contingent upon
    the Boards' paying the freight on the 10,-
    000 copies from New York City to the State
    Textbook Depository in Austin, Texas, from
    which point the book could be distributed
    to local schools. The book is in no sense
    a textbook that could be used as the basis
    for a course of instruction. It is a fic-
    tional story dealing with the early life
    and customs of the Quakers in this country.

        "In considering this matter, a question
    arose to the Board's authority to accept
    such an offer and to provide a book for use
    in the public schools of the state that had
    not been listed or provided for by the leg-
    islature. Moreover, there was a question
    of the payment of freight from New York City
    to the State Textbook Depository in Austin.
    Accordingly the Board requested that your
    opinion be solicited with respect to its
    authority on the foregoing points. . .

"(1)  Does the State Board of Education have authority to accept as a gift from a publishing company a book that does not meet the requirements for a textbook in any of the subject fields prescribed by the legislature and which has not been regularly adopted and placed under contract according to the provisions as set out in the Articles of the Free Textbook Law?

"(2)  Is the State Board of Education authorized to pay the freight from New York City to Austin, Texas on such a book as the one described in Question #1?"

Article 2842, V. C. S., provides, in part:

"It shall be the duty of the State Board of Education . . . to meet annually . . . and at such other times as it may be called together by the Chairman, for the purpose of considering the advisability of continuing or discontinuing, at the expiration of each current contract, any or all of the State adopted textbooks in use in the public schools of Texas, and of making such adoptions as are provided for in Articles 2843, 2844 and 2844a, . . . as amended . . ."  (Emphasis ours)

Thus, the basal and supplementary textbooks which the Board of Education may adopt for use in and distribution in the Public Free Schools of this State are enumerated or listed in Articles 2843, 2844 and 2844a, as amended.

Article 2843 further provides:

". . . The State Board of Education shall have authority to select and adopt uniform textbooks to be used in the Public Free Schools of Texas, and the books so selected and adopted . . . shall include and be limited to textbooks on the following subjects: spelling, reading, (etc) . . . . . provided that none of such books shall contain anything of a partisan or sectarian character. . . ."  (Emphasis ours)

Hon. L. A. Woods, page 3  (V-528)

Article 2860 provides:

"The books adopted by the Commission
(State Board of Education) under the pro-
visions of this law (Articles 2842 - 2876j,
inclusive, as amended, V. C. S.) shall be
introduced and used as textbooks to the ex-
clusion of all others in Public Free Schools
of this State . . ." (Words in parenthesis
added)

We are advised in your letter that the book of-
fered as a gift by a publisher for distribution to the
public schools is in no sense a textbook that could be
used as the basis for a course of instruction. The auth-
ority of the Board of Education being limited under the
provisions of the textbook laws to the selection, adop-
tion, purchase and distribution of statutory textbooks
designated in Articles 2843, 2844 and 2844a, as amended,
it would follow that the Board is without authority to
adopt or cause to be distributed in the public schools
of this State a book, such as the one offered, which has
been determined to be in no sense a textbook or which
could not be designated as a statutory textbook. The
Board having no authority to adopt or to distribute such
a book, your second question is answered also in the
negative.

<b>SUMMARY</b>

The State Board of Education may not
accept, adopt, and cause to be distributed
to the public free schools of Texas, a
book that does not come within the require-
ment or subject fields prescribed in the
State textbook laws. Consequently, the
Board may not use State textbook funds for
the cost of transportation or distribution
of same.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

APPROVED:

*Price Daniel*

ATTORNEY GENERAL

By *Chester E. Ollison*

Chester E. Ollison
Assistant

CEO:mw